**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 09-14665-JPH |
| | : | Chapter 7; Judge HOPKINS |
| HOLBROOK, TROY EDWARD | : | SSN:     XXX-XX-9756 |
| | : | |
| Debtor. | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.86 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA | 000004 | 4.86 |
| P. O. Box 15145 | | |
| Wilmington, DE  19850-5145 | | |

| Total Unclaimed/Small Dividends $5.00 or Under | Total Unclaimed Dividends Over $5.00 |
|---|---|
| $4.86 | $0.00 |

1        2/8/09                                    /s/ David W. Kuhn
Dated:_____        _____
                                                          DAVID W. KUHN, Case Trustee

Copies to:
Office of the U.S. Trustee